UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| MICHAEL D. GOINS, ) | Civil Action No.: 4:13-cv-1269-RMG-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **ORDER** |
| ) | |
| LT. HORNE, CPL. JAMES BYRD, OFC. ) | |
| SEWELL, and OFC. LINDSEY, each in ) | |
| his individual and official capacities; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      Plaintiff, who is proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983. Plaintiff challenges the use of "strip searches" at Perry Correctional Institution. Presently before the court is Defendants' Motion for Relief from Order (Document # 76). Defendants seek relief from this court's previous Order (Document # 69), granting Plaintiff's Motion to Compel and directing Defendants to produce portions of the Special Management Unit (SMU) Procedural Manual that address Plaintiff's specific allegations that, while housed in SMU, he was "strip searched" and required to "tak[e] off my SMU Jumpsuit, socks, shoes & boxers, [and] hand[] them to Cpl. Byrd to search. Byrd then asked me to lift my testicles, open my mouth, lift my tongue, hold my hands up and twist my hands around, turn around squat, cough, then bend over at the waist and spread by buttocks apart." Complaint p. 4.

      While Defendants provide very little specifics for why production of this information would create a security risk, out of an abundance of caution, the undersigned will perform an in camera review of the portion of the SMU Procedural Manual that sets forth the procedure for conducting strip searches to determine whether the information should be produced to Plaintiff. Thus, **within**

**five days of the date of this Order**, Defendants must email to rogers_ecf@scd.uscourts.gov only that portion of the SMU Procedural Manual that addresses the procedure for strip searches, in particular the portion requiring Plaintiff to "tak[e] off my SMU Jumpsuit, socks, shoes & boxers, [and] hand[] them to Cpl. Byrd to search . . . [and] lift my testicles, open my mouth, lift my tongue, hold my hands up and twist my hands around, turn around squat, cough, then bend over at the waist and spread my buttocks apart."  Complaint p. 4.  Defendants must indicate the portions of the document presented for in camera review that they believe should be redacted if the court orders the document produced to Plaintiff.

      **IT IS SO ORDERED**.

                                             s/Thomas E. Rogers, III
                                             Thomas E. Rogers, III
                                             United States Magistrate Judge

May 20, 2014
Florence, South Carolina