AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Michael D. Goins, aka Michael Goins | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:13-cv-1269-RMG |
| Lt. Horne, Cpl Byrd, Ofc Sewell, and Ofc Lindsey | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge. The court rules on the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   August 29, 2014                                                      *CLERK OF COURT*

                                                                             s/Debbie Stokes
                                                                    _____
                                                                       *Signature of Clerk or Deputy Clerk*